# United States Bankruptcy Court
## Northern District of California

In re **Anna M Randall**　　　　　　　　　　　　　　　　　Case No. **10-32839**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **7**

# STATEMENT RE PAYMENT ADVICES - AMENDED

☐　　Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■　　I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **July 29, 2010**　　　　　　Signature　**/s/ Anna M Randall**
　　　　　　　　　　　　　　　　　　　　　　**Anna M Randall**
　　　　　　　　　　　　　　　　　　　　　　Debtor

Date **July 29, 2010**　　　　　　Signature　**/s/ Shawn R. Parr**
　　　　　　　　　　　　　　　　　　　　　　**Shawn R. Parr 206616**
　　　　　　　　　　　　　　　　　　　　　　Attorney